**Virgil D. BRYANT, Doing Business as Bryant's Corner, Appellant, v. UNITED STATES, Appellee.**

No. 11592.

Circuit Court of Appeals, Fifth Circuit.

Nov. 18, 1946.

Morton B. Adams and Robert C. Lane, both of Miami, Fla., for appellant.

Herbert S. Phillips, U. S. Atty., of Tampa, Fla., and Fred Botts and Ernest L. Duhaime, Asst. U. S. Attys., both of Miami, Fla., for appellee.

Before SIBLEY, HUTCHESON, and WALLER, Circuit Judges.

PER CURIAM.

The Court below wrote an exhaustive opinion in this case [United States v. Bryant, 58 F.Supp. 663] which we think correctly announced the law applicable to the undisputed facts. Since the case involves no new or novel question of law and fact, there seems to exist no necessity for us to say more than that the judgment of the lower Court is correct and should be, and is, affirmed.